UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-6-D-3

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| BILL PHILMORE OAKLEY | |

On motion of the Defendant, Bill Philmore Oakley, and for good cause shown, it is hereby ORDERED that the **[DE 122]** be sealed until further notice by this Court.

SO ORDERED. This 15 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge